*eral Biddle, Assistant Attorney General Rogge,* and *Mr. William W. Barron* for the United States.

No. —. Ex parte Joseph J. McCarthy. January 20, 1941. Application denied.

No. 12, original. United States *v.* Alabama. January 20, 1941. The motion for leave to file the Bill of Complaint is granted and process is ordered to issue returnable Monday, March 3, next.

No. 689. Ohio ex rel. Squire, Superintendent of Banks in Charge of the Liquidation of The Guardian Trust Company, *v.* Brown et al. February 3, 1941. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a properly presented federal question: (1) *Cleveland & Pittsburgh R. Co.* v. *Cleveland,* 235 U. S. 50, 53; *Hiawassee Power Co.* v. *Carolina-Tenn. Co.,* 252 U. S. 341, 344; *White River Co.* v. *Arkansas,* 279 U. S. 692, 700; (2) *Zadig* v. *Baldwin,* 166 U. S. 485, 488; *Live Oak Water Users' Assn.* v. *Railroad Commission of California,* 269 U. S. 354, 357–358; *Lynch* v. *New York,* 293 U. S. 52, 54. *Mr. Thomas J. Herbert* for appellant. *Mr. Jack B. Dworken* for appellees.

No. 11, original. Kansas *v.* Missouri. February 3, 1941. Honorable Dean G. Acheson, having accepted appointment as Assistant Secretary of State of the United States, has resigned as Special Master in this case and his resignation has been accepted.